STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendant
 CITIBANK (SOUTH DAKOTA), N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONIS YAQUB, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; is a business entity, form unknown; ALLGATE FINANCIAL, a business entity, form unknown; HSBC RETAIL SERVICES, INC., is a business entity; HOME DEPOT, U.S.A. INC.; HOME DEPOT CREDIT SERVICES, a business entity, form unknown; CITIBANK (SOUTH DAKOTA), N.A. CREDITOR and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV11-02190-RZ<br><br>Assigned to the Hon. Ralph Zarefsky<br><br>**DECLARATION OF JAMIE L. MOILANEN IN SUPPORT OF MOTION OF DEFENDANTS CITIBANK (SOUTH DAKOTA), N.A. AND HOME DEPOT, U.S.A. INC. TO COMPEL ARBITRATION AND STAY ACTION**<br><br>Date:          June 20, 2011<br>Time:         10:00 a.m.<br>Courtroom: 540<br><br>Action Filed: March 15, 2011 |

LA 51415595

## DECLARATION OF JAMIE L. MOILANEN

I, Jamie L. Moilanen, declare and state as follows:

1.      I am a Manager for Citicorp Credit Services, Inc (USA) in Irving, Texas. Citicorp Credit Services, Inc. (USA) is a subsidiary of Citibank (South Dakota), N.A. ("Citibank"), and performs services for Citibank in connection with cardmembers' credit card accounts. Citibank is a national banking association with its only place of business in Sioux Falls, South Dakota. I have been employed by Citicorp Credit Services, Inc. (USA) or its affiliates in different capacities for approximately 9 years. In my capacity at Citicorp Credit Services, Inc. (USA), I am familiar with the ongoing credit card business operations and practices of Citibank, particularly with respect to credit card agreements for certain types of accounts issued by Citibank, including the Home Depot credit card belonging to Yonis Yaqub at issue in this lawsuit. I have access to the business records relating to the credit card accounts including, in particular, the records of cardmember accounts and the applicable card agreements.

2.      The exhibits to this declaration are all true and correct business records created and maintained by Citibank, or its affiliates, in the course of regularly conducted business activity, and as part of the regular practice of Citibank to create and maintain such records. The facts set forth in this declaration are true and correct to the best of my knowledge, information, and belief based on either personal knowledge or review of the attached documents and of Citibank's records of the Home Depot credit card account issued to plaintiff Yonis Yaqub (the "Account") by Citibank, and, if called as a witness, I could and would testify competently thereto. Certain exhibits have been redacted solely to protect the confidentiality of account information.

3.      I understand that plaintiff Yonis Yaqub ("Yaqub") has filed a lawsuit against Citibank (South Dakota), N.A. and several other defendants. I have reviewed

LA 51415595

- 1 -

the records of the Account. Based upon my review of such records, and as discussed below, I have determined that the Account is subject to an arbitration agreement.

4. Citibank's records reflect that, on or about January 7, 2009, Mr. Yaqub submitted an application to open the Account. Attached hereto as Exhibit 1 is a copy of the Application received by Citibank that reflects Mr. Yaqub's signature. Directly above the signature, the Application states:

> By signing below, I certify that I . . . agree to be bound by the terms and conditions of the Citibank Card Agreement that will be provided to me if credit is granted.

See Ex. 1.

5. Attached hereto as Exhibit 2 is a representative sample of the Citibank Card Agreement for the Home Depot Consumer Credit Card Program (the "Card Agreement"), which is the Card Agreement that was sent to Mr. Yaqub when the Account was opened. The Card Agreement contains the applicable terms and conditions governing the Account and includes an arbitration provision.

6. The transaction detail for the Account reflect that a $1,000 charge was made and posted to the Account on January 7, 2009, which is the same day that Mr. Yaqub submitted the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 19, 2011 at Irving, Texas.

*[signature]*
Jamie L. Moilanen

LA 51415595

# EXHIBIT A




REDACTED

**EXHIBIT B**

# Citibank Card Agreement
## for The Home Depot Consumer Credit Card Program

This Card Agreement is your contract with us. It governs the use of your card and account. Please read this Agreement carefully. Keep it for your records.

## FACTS ABOUT RATES AND FEES

This is a summary of rates and fees on your account. Please see the related sections of this Agreement for more complete information.

### RATES–FINANCE CHARGES

**Purchase APR.** 22.99%.

**Default APR.** 26.99%. All APRs may automatically increase to the default APR if: (1) any minimum payment is not paid by its due date and remains unpaid on the next due date; or (2) you make a payment to us that is not honored.

**Minimum Finance Charge.** $1.00.

### TRANSACTION FEE–FINANCE CHARGE

Equal Payment Plan Fee. 3% of each Equal Payment Plan transaction; $5 minimum.

### OTHER FEES

**Late Fee.** $20 on balances up to $100; $30 on balances of $100 up to $500; $35 on balances of $500 up to $1,000; and $39 on balances of $1,000 and over.

**Returned Payment Fee.** $25.

**When can we change the rates, fees, and terms of your card agreement?** We may change the rates, fees, and terms of your card agreement at any time for any reason. These reasons may be based on information in your credit report or general market conditions. If the change will cause a rate or fee to increase, you will receive advance notice and a right to opt out. If you opt out, we will close your account. You can then pay the remaining balance under the old rates, fees, and terms.

### Definitions

*account* means the relationship established between you and us by this Agreement.

*APR* means an annual percentage rate.

*authorized user* means any person you allow to use your account.

*card* means one or more cards or other access devices that we give you to get credit under this Agreement. This includes account numbers.

*we, us,* and *our* mean Citibank (South Dakota), N.A., the issuer of your account.

*you, your,* and *yours* mean the person who applied to open the account. It also means any other person responsible for complying with this Agreement.

### Your Account

You agree to use your account in accordance with this Agreement. You must pay us for all amounts due on your account. This Agreement is binding on you unless you close your account within 30 days after receiving the card and you have not used or authorized use of the card. Your account must only be used for lawful transactions.

**Authorized Users.** You may request additional cards for authorized users. You must pay us for all charges made by authorized users. You must pay us even if you did not intend to be responsible for those charges. You must notify us to withdraw any permission you give to an authorized user to use your account.

**Joint Accounts.** If this is a joint account, each of you is responsible individually and together for all amounts owed. Each of you is responsible even if the account is used by only one of you. You will continue to be liable for the entire balance of the account, even if your co-applicant fails to pay as ordered by the court. Your account status will continue to be reported to the credit bureau under each of your names. The delivery of notices or billing statements to either of you serves as delivery to each of you. We may rely on instructions given by either of you. We are not liable to either of you for relying upon such instructions.

**Credit Line.** Your initial credit line is on the card carrier. The full amount of your credit line is available to buy or lease goods or services where the card is honored. We may reduce or increase your credit line at any time for any reason. We will notify you of any change, but the change may take effect before you receive the notice. You should always keep your total balance below the credit line. However, if the total balance goes over your credit line you still must pay us. If your account has a credit balance, we may reduce the credit balance by any new charges on your account. You may not maintain a credit balance in excess of your credit line.

**Billing Statement.** Your billing statement shows the New Balance. This is the total amount you owe us on the Closing Date. To determine the New Balance, we begin with the total balance at the start of the billing period. We add any purchases. We subtract any credits or payments. We then add any periodic finance charges or fees and make other adjustments.

Your billing statement also shows your transactions; the minimum payment due and payment due date; your credit line; and your periodic finance charges and fees. On the statement, a regular purchase balance will appear under the heading "regular revolve credit plan."

We deliver a billing statement to only one address. You must notify Customer Service of a change in address. We may stop sending you statements if we deem your account uncollectible. We may also stop sending you statements if we send your account to an outside agency or attorney for collection. Periodic finance charges and fees continue to add up even if we stop sending statements.

### APRs

**Regular Purchase APR.** The APR for regular purchases is 22.99%. This APR equals a daily periodic rate of .06230%.

**Default APR.** All your APRs (including promotional APRs) on all balances (including any purchase balances and accrued finance charges on those balances subject to promotional terms) may automatically increase to the default APR, and all promotional terms will end, if you

* do not make the minimum payment when due and it remains unpaid on the next due date, or
* make a payment to us that is not honored.

The default ANNUAL PERCENTAGE RATE is 26.99%. This APR equals a daily periodic rate of .07394%. The default APR takes effect as of the first day of the billing period that includes the missed next due date described above. We may lower the APR for new and existing purchases to the the/existing regular purchase APR. We may do this if you pay off the entire account balance. We will do this if you make the minimum payment when due for twelve billing periods in a row. Making payments in excess of the minimum payment due will not shorten this period.

**Effect of APR increases.** If an APR increases, periodic finance charges increase. Your minimum payment may increase as well.

Exhibit B, Page 4

## Promotions

We may offer you promotional terms for all or a part of any balances. Any promotional terms may apply for a limited period of time. They will be governed by the terms of the promotional offer and this Agreement. They may include the No Interest, 0%, and Equal Payment Plan offers described below. All promotional terms will end if any minimum payment

- is not paid by its due date, and
- remains unpaid on the next due date. If the next due date is in the promotional period, or in the billing period in which you make the transaction that receives the promotional terms.

**No Interest.** No finance charges will be imposed on this balance if you pay the balance in full by the end of the promotional period. We will impose finance charges on this balance if you do not pay the balance in full by the end of the promotional period. We will impose these finance charges from the date of the promotional purchase until the balance is paid in full. The promotional offer will specify the amount of any minimum payment required on this balance.

**0%.** No finance charges are imposed on this balance during the promotional period. The promotional offer will specify the amount of any minimum payment required on this balance.

**Equal Payment Plan.** This balance will be repaid in equal minimum payments. The promotional offer will specify the amount of the minimum payment required on this balance.

## Periodic Finance Charges Based on APRs

**Periodic Finance Charges.** We impose periodic finance charges when we apply APRs to your account balances. We do this every day by using a daily periodic rate. A daily periodic rate is the APR divided by 365.

**When Periodic Finance Charges Begin.** We begin to impose periodic finance charges the first day we add a charge to a daily balance. The charges we add to a daily balance include purchases, finance charges and fees. We continue to impose periodic finance charges until we credit your account with full payment of the total amount you owe us.

**Grace Period on Purchases.** You can avoid periodic finance charges on purchases. This is called a grace period on purchases. You can get a grace period of at least 20 days. To do so, pay the following amounts by the due date every billing period:

- the New Balance, less any No Interest, 0% and Equal Payment Plan balances that expire after the payment due date, plus
- the minimum monthly payments required for your No Interest, 0%, and Equal Payment Plan balances that expire after the payment due date.

If you do not, you will not get a grace period unless you pay the above amounts by the due date for two billing periods in a row.

**Calculation of Periodic Finance Charges.** We calculate periodic finance charges each billing period. To do this:

- We start with each of your different balances. These balances include, for example, regular purchases and different promotional balances. (Purchases made under the same promotional terms, including APR and expiration date, will be part of the same promotional balance.)
- We calculate the daily balance for each of your different balances. To get a daily balance, we start with the balance as of the end of the previous day. We add any periodic finance charge on the previous day's balance. (This results in daily compounding of finance charges.) We add any new charges. We then subtract any new credits or payments.
- We multiply each daily balance by the daily periodic rate that applies to it. We do this for each day in the billing period. This gives us the daily periodic finance charges for each of your different balances.

- We add up all the daily periodic finance charges. The sum is the total periodic finance charge for the billing period. You authorize us to round the total periodic finance charge to the nearest cent.

When we calculate daily balances, we add a purchase as of the Transaction Date on the billing statement. We subtract a payment or credit as of the day it is credited to the account and then make other adjustments. We treat a credit balance as a balance of zero.

**Balance Subject to Finance Charge.** Your statement shows a Balance Subject to Finance Charge. It shows this for each different balance. The Balance Subject to Finance Charge is the average of the daily balances during the billing period. A billing period begins on the day after the Closing Date of the previous billing period. It includes the Closing Date of the current billing period.

You can use your billing statement to calculate periodic finance charges. For each different balance, multiply the Balance Subject to Finance Charge by its daily periodic rate. Multiply that amount by the number of days in the billing period. The result is the total periodic finance charge on that balance. Rounding may cause a small difference.

**Minimum Finance Charge.** We charge a minimum FINANCE CHARGE of $1.00. We charge it if the total periodic finance charge is less than $1.00. We add the additional amount to one or more of the balances that are assessed a periodic finance charge.

## Transaction Fee

**Transaction Fees and APRs.** When first added to a balance, a transaction fee causes the APR on the statement to exceed the nominal APR.

**Transaction Fee for Equal Payment Plan Transactions.** For each Equal Payment Plan transaction, we add a fee of 3% of the amount of the transaction, but not less than $5. We add this fee to the Equal Payment Plan transaction balance. This fee is a FINANCE CHARGE.

## Other Fees

**Late Fee.** We add a late fee for each billing period you do not pay the Minimum Payment Due by the payment due date. This fee is based on the total of all balances on your account as of the payment due date. The fee is $20 on balances up to $100; $30 on balances of $100 up to $500; $35 on balances of $500 up to $1,000; and $39 on balances of $1,000 and over. We add this fee to the regular purchase balance.

**Returned Payment Fee.** We add a $25 fee if a payment check or similar instrument is not honored or is returned because it cannot be processed. We also add this fee if an automatic debit is returned unpaid. We assess this fee the first time your check or payment is not honored, even if it is honored upon resubmission. We add this fee to the regular purchase balance.

## Payments

**Minimum Payment Due.** You must pay at least the Minimum Payment Due by the payment due date each billing period. The sooner you pay the New Balance, the less you will pay in periodic finance charges.

We calculate the Minimum Payment Due as follows. First, we add:

- 1% of the Calculated Account Balance. This is the New Balance less any balances subject to promotional terms that either do not require a minimum payment or that require a separate minimum payment;
- any billed finance charges after we exclude any Accrued Finance Charges shown on the billing statement for a No Interest balance that ended during the billing period covered by the statement; and
- any late fee.

Exhibit B, Page 5

Any changes we make may add, replace, or remove provisions of this Agreement. They may also change your rights and obligations under this Agreement as well as ours. Any change we make will be binding on you unless you opt out. When you have the right to opt out, we will mail you advance written notice of the change. We will do this at least 15 days before the beginning of the billing period in which the change takes effect. If you do not agree to the change, you can opt out by contacting us. You must do this within 25 days after the effective date of the change. If you use the card after the effective date of a change, you will be deemed to have accepted the change. This applies even if the 25 day opt out period has not expired.

### Default

You default under this Agreement if you fail to pay the Minimum Payment Due by its due date; go over your credit line; pay by a check or similar instrument that is not honored or that we must return because it cannot be processed; pay by automatic debit that is returned unpaid; or file for bankruptcy. If you default, we may close your account and demand immediate payment of the total balance.

### Refusal of the Card, Closed Accounts, and Related Provisions

**Refusal of the Card.** We do not guarantee approval of transactions. We are not liable for transactions that are not approved. That is true even if you have enough credit. We may limit the number of transactions approved in one day. If we detect unusual or suspicious activity, we may suspend your credit privileges.

**Preauthorized Charges.** We may suspend any automatic or other preauthorized card charges you arrange with a third party. We may do this if you default, if the card is lost or stolen, or we change your account for any reason. If we do this, you are also responsible for paying the third party directly if you wish to do so. You are also responsible for reinstating the preauthorized charges if you wish to do so and we permit it.

**Lost or Stolen Cards or Account Numbers.** You must call us if any card or account number is lost or stolen. You must also call us if you think someone used or may use them without permission. When you call, we may require you to provide information to help our investigation. When you call, we may require you to provide this information in writing. For example, we may ask you to identify any charges that were not made by you or someone authorized by you. We may also ask you to confirm that you received no benefit from those charges.

**Closing Your Account.** You may close your account by notifying us in writing or over the phone. If you close your account, you must still repay the total balance in accordance with this Agreement. We may also close your account or suspend account privileges at any time for any reason. We may do this without prior notice to you. We may also reissue a different card at any time. You must return any card to us upon request.

### ARBITRATION

*PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY. IT PROVIDES THAT ANY DISPUTE MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY AND THE RIGHT TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.*

---

Second, we take the greater of:
- the above sum rounded up to the nearest dollar, or
- $10.

Third, we add to that amount:
- any past due amount; and
- any additional amount specified in a promotional offer.

However, the Minimum Payment Due will never exceed your Calculated Account Balance plus any required payment on a promotional offer. In calculating the Minimum Payment Due, we may subtract from the New Balance certain fees added to your account during the billing period.

**Application of Payments.** You authorize us to apply payments and credits in a way that is most favorable or convenient for us. This may include applying payments and credits to low APR balances first.

**Payment Instructions.** We credit your payments in accordance with our payment instructions on the billing statement. You must pay us in U.S. dollars. To do so, you must use a check, similar instrument, or automatic debit that is drawn on and honored by a bank in the U.S. Do not send cash. We can accept late or partial payments, or payments that reflect "paid in full" or other restrictive endorsements, without losing our rights. We also reserve the right to accept payments made in foreign currency and instruments drawn on funds on deposit outside the U.S. If we do, we select the currency conversion rate. We will then credit your account in U.S. dollars after deducting any costs incurred in processing your payment. Or we may bill you separately for these costs.

**Optional Pay by Phone Service.** You may use our optional Pay by Phone Service to make your payment by phone. To do so, call us to request the service. Each time you do, you agree to pay us the amount shown in the Pay by Phone section on the back of the billing statement. Our representatives are trained to tell you this amount whenever you call to use the service.

### Credit Reporting

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. We may report account information in your name and the names of authorized users. We may also obtain follow-up credit reports on you.

If you think we reported incorrect information to a credit bureau, write us at Credit Bureau Dispute Verification, P.O. Box 66901, Des Moines, IA 50306-9101. We will investigate the matter. We will then tell you if we agree or disagree with you. If we agree with you, we will contact each credit bureau to which we reported and request a correction. If we disagree with you, we will tell you that.

### Information Sharing

You authorize us to share information about you as permitted by law. This includes information we get from you and others. It also includes information about your transactions with us. Please see our Privacy Notice for details about our information sharing practices.

### Changes to this Agreement

We may change the rates, fees, and terms of this Agreement at any time for any reason. These reasons may be based on information in your credit report or general market conditions. If the change will cause a rate or fee to increase, you will receive advance notice and a right to opt out. If you opt out, we will close your account. You can then pay the remaining balance under the old rates, fees, and terms.

Exhibit B, Page 6

**Agreement to Arbitrate:** Either you or we may, without the other's consent, elect mandatory, binding arbitration for any claim, dispute, or controversy between you and us (called "Claims").

**Claims Covered**

**What Claims are subject to arbitration?** All Claims relating to your account, a prior related account, or our relationship are subject to arbitration, including Claims regarding the application, enforceability, or interpretation of this Agreement and this arbitration provision. All Claims are subject to arbitration, no matter what legal theory they are based on or what remedy (damages, or injunctive or declaratory relief) they seek. This includes Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; and Claims made independently or with other claims. A party who initiates a proceeding in court may elect arbitration with respect to any Claim advanced in that proceeding by any other party. Claims and remedies sought as part of a class action, private attorney general or other representative action are subject to arbitration on an individual (non-class, non-representative) basis, and the arbitrator may award relief only on an individual (non-class, non-representative) basis.

**Whose Claims are subject to arbitration?** Not only ours and yours, but also Claims made by or against anyone connected with us or you or claiming through us or you, such as a co-applicant or authorized user of your account, an employee, agent, representative, affiliated company, predecessor or successor, heir, assignee, or trustee in bankruptcy.

**What time frame applies to Claims subject to arbitration?** Claims arising in the past, present, or future, including Claims arising before the opening of your account, are subject to arbitration.

**Broadest interpretation.** Any questions about whether Claims are subject to arbitration shall be resolved by interpreting this arbitration provision in the broadest way the law will allow it to be enforced. This arbitration provision is governed by the Federal Arbitration Act (the "FAA").

**What about Claims filed in Small Claims Court?** Claims filed in a small claims court are not subject to arbitration, so long as the matter remains in such court and advances only an individual (non-class, non-representative) Claim.

**How Arbitration Works**

**How does a party initiate arbitration?** The party filing an arbitration must choose one of the following two arbitration firms and follow its rules and procedures for initiating and pursuing an arbitrator: American Arbitration Association or National Arbitration Forum. Any arbitration hearing that you attend will be held at a place chosen by the arbitration firm in the same city as the U.S. District Court closest to your then current billing address, or at some other place to which you and we agree in writing. You may obtain copies of the current rules of each of the arbitration firms and forms and instructions for initiating an arbitration by contacting them as follows:

American Arbitration Association
1633 Broadway, Floor 10
New York, NY 10019
Web site: www.adr.org

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
Web site: www.arbitration-forum.com

At any time you or we may ask an appropriate court to compel arbitration of Claims, or to stay the litigation of Claims pending arbitration, even if such Claims are part of a lawsuit, unless a trial has begun or a final judgment has been entered. Even if a party fails to exercise these rights at any particular time, or in connection with any particular Claims, that party can still require arbitration at a later time or in connection with any other Claims.

**What procedures and law are applicable in arbitration?** A single, neutral arbitrator will resolve Claims. The arbitrator will be either a lawyer with at least ten years experience or a retired or former judge, selected in accordance with the rules of the arbitration firm. The arbitration will follow procedures and rules of the arbitration firm in effect on the date the arbitration is filed unless those procedures and rules are inconsistent with this Agreement, in which case this Agreement will prevail. Those procedures and rules may limit the discovery available to you or us. The arbitrator will take reasonable steps to protect customer account information and other confidential information if requested to do so by you or us. The arbitrator will apply applicable substantive law consistent with the FAA and applicable statutes of limitations, will honor claims of privilege recognized at law, and will have the power to award to a party any damages or other relief provided for under applicable law. You or we may choose to have a hearing and be represented by counsel. The arbitrator will make any award in writing and, if requested by you or us, will provide a brief statement of the reasons for the award. An award in arbitration shall determine the rights and obligations between the named parties only, and only in respect of the Claims in arbitration, and shall not have any bearing on the rights and obligations of any other person, or on the resolution of any other dispute.

**Who pays?** Whoever files the arbitration pays the initial filing fee. If we file, we pay; if you file, you pay, unless you get a fee waiver under the applicable rules of the arbitration firm. If you have paid the initial filing fee and you prevail, we will reimburse you for that fee. If there is a hearing, we will pay any fees of the arbitrator and arbitration firm for the first day of that hearing. All other fees will be allocated as provided by the rules of the arbitration firm and applicable law. However, we will advance or reimburse your fees if the arbitration firm or arbitrator determines there is good reason for requiring us to do so, or if you ask us and we determine there is good reason for doing so. Each party will bear the expense of that party's attorneys, experts, and witnesses, and other expenses, regardless of which party prevails, but a party may recover any or all expenses from another party if the arbitrator, applying applicable law, so determines.

**Who can be a party?** Claims must be brought in the name of an individual person or entity and must proceed on an individual (non-class, non-representative) basis. The arbitrator will not award relief for or against anyone who is not a party. If you or we require arbitration of a Claim, neither you, we, nor any other person may pursue the Claim in arbitration as a class action, private attorney general action or other representative action, nor may such Claim be pursued on your or our behalf in any litigation in any court. Claims, including assigned Claims, of two or more persons may not be joined or consolidated in the same arbitration. However, applicants, co-applicants, authorized users on a single account and/or related accounts, or corporate affiliates are here considered as one person.

**When is an arbitration award final?** The arbitrator's award is final and binding on the parties unless a party appeals it in writing to the arbitration firm within fifteen days of notice of the award. The appeal must request a new arbitration before a panel of three neutral arbitrators designated by the same arbitration firm. The panel will consider all factual and legal issues anew, follow the same rules that apply to a proceeding using a single arbitrator, and make decisions based on the vote of the majority. Costs will be allocated in the same way they are allocated for arbitration before a single arbitrator. An award by a panel is final and binding on the parties after fifteen days has passed. A final and binding award is subject to judicial review and enforcement as provided by the FAA or other applicable law.

### Survival and Severability of Terms

This arbitration provision shall survive: (i) termination or changes in the Agreement, the account, or the relationship between you and us concerning the account; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of your account, or any amounts owed on your account, to any other person or entity. If any portion of this arbitration provision is deemed invalid or unenforceable, the entire arbitration provision shall not remain in force. No portion of this arbitration provision may be amended, severed or waived absent a written agreement between you and us.

### Governing Law and Enforcing our Rights

**Governing Law.** Federal law and the law of South Dakota, where we are located, govern the terms and enforcement of this Agreement.

**Enforcing this Agreement.** We will not lose our rights under this Agreement because we delay in enforcing them or fail to enforce them.

**Collection Costs.** To the extent permitted by law, you are liable to us for our legal costs if we refer collection of your account to a lawyer who is not our salaried employee. These costs may include reasonable attorneys' fees. They may also include costs and expenses of any legal action.

**Assignment.** We may assign any or all of our rights and obligations under this Agreement to a third party.

### For Further Information

Call us toll-free for further information. Call the toll-free Customer Service telephone number shown on the billing statement or on the back of your card. You can also call local or toll-free Directory Assistance to get our telephone number.

Ken Stork
President & CEO

Citibank (South Dakota), N.A.
P.O. Box 6000
Sioux Falls, SD 57117

©2008 Citibank (South Dakota), N.A.

### What To Do If There's An Error In Your Bill.
### Your Billing Rights. Keep This Notice For Future Use.

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us In Case of Errors or Questions About Your Bill**

If you think your billing statement is wrong, or if you need more information about a transaction on your billing statement, write to us (on a separate sheet) as soon as possible at the billing errors address on the front of your statement. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
- Please sign your letter.

If you authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment you must tell us at least three business days before the automatic payment is scheduled to occur.

**Your Rights and Our Responsibilities After We Receive Your Written Notice.**

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe your billing statement was correct. After we receive your letter, we cannot try to collect any amount you question, or report your account as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit line. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your balance that are not in question.

If we find that we made a mistake on your billing statement, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within 10 days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name and address of anyone to whom we reported your account information. We must tell anyone we report you to that the matter has been settled between us when it is finally settled.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your billing statement was correct.

**Special Rule for Credit Card Purchases.**

If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:
- You must have made the purchase in your home state or, if not within your home state, within 100 miles of your current address; and
- The purchase price must have been more than $50.

These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

THD CMA Consumer 0208   72000D