JS - 6

**FILED: 6/20/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YONIS YAQUB | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. CV 11-2190 GHK (FFMx) |
| vs. | ) | |
| | ) | |
| EXPERIAN INFORMATION | ) | **ORDER OF DISMISSAL** |
| SOLUTIONS, INC., et al | ) | |
| | ) | |
| Defendants. | ) | |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled,

    **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown **within SIXTY (60) days**, to reopen the action if settlement is not consummated.

Dated:   6/20/12

                                                      GEORGE H. KING
                                                      United States District Judge